IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH RAHEEM WILLIAMS,** | Case No. 2:15-cv-00434-KJM-AC |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **WARDEN, HIGH DESERT STATE PRISON,** | |
| Respondent. | |

This Court hereby grants Respondent's request to seal and the following three items will be lodged with the court under seal:

1. Sealed Materials, Clerk's Transcript on Appeal ("CT"), pp. 143-166, 167-176, 180-227, 228-231, 232-237, 238-288, 289-311, 320-325 (Lodged Doc. 3);

2. One sealed transcript of interview of Petitioner on 2/14/08 filed on 5/12/11, CT, pp. 326-354 (Lodged Doc. 4);

3. People's Exhibit 130 – DVD of interview of B.R. (Lodged Doc. 6)

DATED:  March 22, 2016.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1