UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAHEEM WILLIAMS,<br><br>   Petitioner,<br><br>   v.<br><br>WARDEN, HIGH DESERT STATE PRISON,<br><br>   Respondent. | No. 2:15-cv-0434 KJM AC P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se in this habeas action. Petitioner's traverse was filed by the Clerk of the Court on June 20, 2016. ECF No. 28. However, petitioner has not signed the traverse. Id. Accordingly, IT IS HEREBY ORDERED that within twenty-one days of service of this order, petitioner shall either (1) file a signed copy of his traverse or (2) file an affidavit or declaration adopting the contents of the unsigned traverse.

DATED: June 30, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE